AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
August 24, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CLD___ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
8/24/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

United States of America

v.

TERRY ALLEN ARCHIE,
  aka "Baby Skub,"
  aka "Little Terry,"

Defendant.

Case No. 2:23-mj-04357 -DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 23, 2023, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Thomas Vasquez, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: August 24, 2023

*Judge's signature*

City and state: Los Angeles, California

Hon. Alka Sagar, U.S. Magistrate Judge
Printed name and title

AUSA: Elizabeth Douglas, x5728

**AFFIDAVIT**

I, Thomas J. Vasquez, being duly sworn, declare and state as follows:

**PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint and arrest warrant against TERRY ALLEN ARCHIE ("ARCHIE"), also known as ("aka") "Baby Skub," aka "Little Terry," for a violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition).

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

**BACKGROUND OF AFFIANT**

3. I am a Special Agent with the United States Department of Homeland Security, Federal Protective Service ("FPS"). I have been in this position since August 2017. From 2013 to July 2017, I was an FPS uniformed law enforcement officer. As part of my official duties as a Special Agent, I investigate crimes against the United States that have a nexus to United States government property and/or employees.

4. I have completed two basic training courses at the Federal Law Enforcement Training Center in Glynco, Georgia, which included training in the investigation of various crimes including firearms crimes and threats to federal officials and employees.

## SUMMARY OF PROBABLE CAUSE

5. On July 7, 2023, ARCHIE visited the Social Security Administration ("SSA") office in Inglewood, California (the "Inglewood SSA Office"). While at the office, witnesses heard ARCHIE threaten to "shoot up" the office, as well as slap or smack the SSA employee who assisted him.

6. On August 23, 2023, Los Angeles County Probation Officers conducted a probation compliance search at ARCHIE's residence pursuant to ARCHIE's probation search conditions. The Probation Officers found a firearm in the nightstand next to ARCHIE's bed. The firearm was loaded with nine rounds of 9mm caliber ammunition in the magazine. In a Mirandized interview, ARCHIE admitted he possessed the firearm.

7. ARCHIE, an admitted member of a violent street gang, is a felon who has previously been convicted for threatening a public officer and robbery.

## STATEMENT OF PROBABLE CAUSE

8. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.   July 7, 2023: ARCHIE Threatens to "Shoot Up" the Inglewood SSA Office**

9.   On July 7, 2023, ARCHIE visited the Inglewood SSA Office.

10.  Based on my review of surveillance video and interviews with witnesses, I am aware of the following:

   a.   ARCHIE approached the service window and spoke to SSA Customer Service Representative S.B.  According to S.B., ARCHIE lacked the proper identification documents needed.  S.B. explained to ARCHIE what documents he needed to bring.  ARCHIE then told S.B. "fuck you" and left the window.

   b.   Surveillance video then shows ARCHIE leaving the lobby.  ARCHIE subsequently re-entered the lobby and approached the same service window.

   c.   According to S.B., ARCHIE interrupted S.B.'s conversation with another individual.  ARCHIE showed S.B. a piece of paper and asked if that was acceptable identification.  S.B. said it was not.

   d.   ARCHIE then walked out of the office.  As ARCHIE left, FPS-contracted Paragon Systems Protective Security Officer ("PSO") A.L. heard ARCHIE say something to the effect of: "that bitch over there, I'm going to slap her."

   e.   According to PSO A.L., ARCHIE then drove by the main entrance in his car.[1]  PSO A.L. heard ARCHIE yell from the window of his car something to the effect that he was going to "smack" the SSA employee.  PSO A.L. and PSO O.C. both then heard

---

[1] The Inglewood SSA Office did not have surveillance cameras that captured the outside of the facility.

ARCHIE yell something to the effect that he was going to "shoot up" the office and/or the SSA employee.

f. PSO A.L. then saw ARCHIE drive away from the main entrance of the building, make a U-turn, and park in a red, no-parking zone across from the main entrance. ARCHIE then stared towards the facility and sped off moments later.

B. **ARCHIE Admits Going to the Inglewood SSA Office on July 7, 2023**

11. On July 14, 2023, I, along with additional law enforcement officers went to ARCHIE's Residence located at 828 Beach Avenue, Apt. 15, in Inglewood, California (the "Beach Avenue Residence") to conduct a recorded, non-custodial interview with ARCHIE.

12. During that interview, ARCHIE confirmed that he went to the Inglewood SSA Office on July 7, 2023, to apply for a replacement Social Security card. ARCHIE, however, denied threatening to "shoot up" the office or to slap S.B.

13. ARCHIE also identified himself as a Blood gang member from the Village Town Gang in Compton, California.

C. **ARCHIE Is a Convicted Felon**

14. On July 12, 2023, I reviewed California Law Enforcement Telecommunications System records for ARCHIE and learned that ARCHIE has previously been convicted of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

a. Robbery, in violation of California Penal Code § 211, in the Superior Court for the State of California, County

of Los Angeles, Case Number TA133105, on or about June 12, 2014; and

        b.    Threatening a Public Official, in violation of California Penal Code § 71(a), in the Superior Court for the State of California, County of Los Angeles, Case Number NA116083, on or about May 17, 2022.

    15.    Based on my review of these records, I also know that ARCHIE has been arrested for other violent crimes, including domestic violence, as well as firearms violations.

### D. August 23, 2023: ARCHIE Possess a Gun and Ammunition

    16.    On August 23, 2023, I and other FPS agents accompanied Los Angeles County Probation Officers to the Beach Avenue Residence to execute a Probation Compliance Check.

    17.    After the Probation Officers detained ARCHIE outside his residence, they searched the residence in accordance with the court-ordered search and seizure conditions that are part of ARCHIE's state probation.

    18.    The Probation Officers searched ARCHIE's bedroom.  I know the bedroom belonged to ARCHIE based on the fact that he stated he resided there with his girlfriend J.S.  There was also a backpack on the bed with a white bracelet in it with ARCHIE's name written on it.

    19.    In a container that served as a nightstand next to ARCHIE's bed, the Probation Officers found a Glock, Model 43X, 9mm caliber handgun, bearing serial number BPTW842.  The firearm was loaded with a magazine containing nine rounds of 9mm caliber ammunition.

20. The Probation Officers also located one 9mm ammunition round in a plastic container located in a brown ottoman next to the entrance of ARCHIE's bedroom.

**E.   ARCHIE Admits He Possessed the Firearm and Ammunition**

21. I subsequently conducted a post-Mirandized interview of ARCHIE. When asked about the gun next to his bed, ARCHIE stated he works as an armed security officer at medical marijuana facilities.

22. ARCHIE admitted he knew he should not possess a firearm.

**F.   Interstate Nexus**

23. On August 23, 2023, ATF Special Agent David Gonzalez, an ATF Interstate Nexus Expert, examined the handgun and ammunition seized from ARCHIE's bedroom and confirmed that both were manufactured outside of the State of California. Because the handgun and ammunition were found in California, I believe that they have traveled in and affected interstate commerce.

//
//
//
//
/
//
//
//
//

## **CONCLUSION**

24. For all of the reasons described above, there is probable cause to believe that ARCHIE has committed a violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 24th day of
August 2023.

_____
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE