```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                         NOV - 7 2024

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRY ALLEN ARCHIE,<br><br>Defendant. | Case No. 2:23-CR-444-MCS<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On November 7, 2024, Defendant Phelan Bardo Fleming made his initial appearance on the petition for revocation of supervised release and warrant for arrest. The Office of the Federal Public Defender, by Lisa LaBarre, was appointed to represented him. The government was represented by Assistant U.S. Attorney Aylin Kuzucan.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

The allegations in the Petition, including that Mr. Archie failed to comply with the conditions of his release. This is a context in which Mr. Archie bears the burden, but he declined to interview with Pretrial Services, and thus the Court has no information about his community ties, residence, or potential bail resources.

B. ☐ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

*Given the finding above, the Court need not address dangerousness.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: November 7, 2024

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE